## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

DATE: December 7, 1999

MAXINNE LAUSELL ARCHILLA

   Plaintiffs

v.

ROBERTO HUERTAS-NIEVES, et al.

   Defendants

CIVIL NO. 97-2925 (DRD)

**BY ORDER OF THE COURT**, at request of plaintiff and there being no opposition from defendants, the Status Conference scheduled for December 8, 1999 is re-set for **December 20, 1999 at 5:30 P.M.** before Honorable Daniel R. Domínguez.

_____
COURTROOM DEPUTY

PARTIES NOTIFIED BY TELEPHONE & MAIL:

Andrés Guillemard, Esq.
Francisco Colón Pagán, Esq.
José González Castañer, Esq.
José González Villamil, Esq.
Sigrid López, Esq.
Luis Sánchez, Esq.
José Vivas, Esq.