UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
BEFORE HONORABLE DANIEL R. DOMINGUEZ

**MINUTES OF PROCEEDINGS**　　　　　　　　　　DATE: December 20, 1999

**CIVIL NO. 97-2925 (DRD)**
LAW CLERK: Karen A. Rivera-Turner

===============================================================

| | |
|---|---|
| LAUSELL ARCHILLA<br>　　Plaintiff | Attorneys: Andrés Guillermard |
| v. | |
| HUERTAS NIEVES et al<br>　　Defendant | José A. González Villamil for Dr. Huertas; José L. González Castañer for SIMED; Marta Feliciano Montilla for American International Insurance Co.; José Héctor Vivas for Dr. Carlos Muñoz Meléndez; Francisco E. Colón Ramírez for Reliance Insurance Co.; Sigrid López González for Dr. Carlos Muñoz Meléndez |

===============================================================

SETTLEMENT/STATUS CONFERENCE was held today. The parties informed that no settlement has been reached.

Plaintiff informed the Court that he will file a motion for voluntary dismissal against Defendant American International Insurance Co. Accordingly, the Court excused counsel Marta Feliciano Montilla.

Plaintiff also informed the Court on the status of discovery. An issue arouse as to Defendant SIMED's expert witness report. The parties discussed their positions and reached an agreement on the order of the preliminary reports and depositions. Pursuant to the parties' agreement, all experts will provide preliminary reports prior to the parties beginning depositions **except** that **Dr. Huertas' deposition** will be taken by Plaintiff before Defendant SIMED's expert renders his preliminary report. Plaintiff has **fifteen (15) days** after Dr. Huertas' deposition to serve the deposition's transcripts. Thereafter, all parties will have **twenty (20) days** to notify their expert witnesses'

preliminary reports. Any expert witness's report not notified within this time period will result in said expert witness's exclusion, **except** that all parties are granted **forty (40) days** from notification of Dr. Huertas's transcripts to serve reports for any **extra expert witnesses** that become necessary as a result of Dr. Huertas's deposition.

All prior timetables are hereby vacated.

Dr. Huertas's deposition will be taken on January 26, 2000. All other experts will be deposed on the following agreed upon dates:

April 12 to 14, 2000
April 25 to 26, 2000
April 27, 2000 in the afternoon
April 28, 2000
May 1 to 4, 2000

Plaintiff is granted **thirty (30) days** to file an amended complaint.

Cut-off for all dispositive motions is **May 26, 2000.** All parties are reminded to follow the procedure for filing dispositive motions set forth in the Court's Standing Order.

Pre trial is scheduled for **August 1, 2000, at 5:00 p.m.** The parties are to expect trial to be scheduled late in August or early in September 2000.

*[signature]*
LAW CLERK

s/c: Counsel of record

N:\MINUTES\97-2925 mem