UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MAXINNE M. LAUSELL-ARCHILLA

Plaintiff

v.                                                                                    Civil No. 97-2925 (DRD)

DR. ROBERTO HUERTAS-NIEVES et al.

Defendants

## ORDER

The Court hereby rules as follows:

| Docket No. | Ruling | Motion and date |
|---|---|---|
| 68 | GRANTED | Motion requesting extension of time to comply with discovery period, November 1, 1999 |
| | | See Minutes for December 20, 1999 Settlement/ Status Conference (Docket No. 74) |
| 76 | GRANTED | Motion requesting short extension of time to file Amended Complaint, January 9, 2000 |
| 77 | GRANTED | Second motion requesting short extension of time to file Amended Complaint, January 21, 2000 |
| 78 | GRANTED | Motion requesting leave to file Second Amended Complaint, January 24, 2000 |

IT IS SO ORDERED.

Date: March _1_, 2000.

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

N:\97-2265 MTN

N:\97-2265 MTN