UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MAXINE M. LAUSELL ARCHILLA

　　　Plaintiffs

　　　v.　　　　　　　　　　　　　　CIVIL NO. 97-2925 (DRD)

DR. ROBERTO HUERTAS-NIEVES et al

　　　Defendants

| MOTION | RULING |
|---|---|
| **Date Filed:** 03/23/00 **Docket #** 85<br>[X] Plffs　　　　　[x] Defts<br>[ ] Other<br><br>**Title:** MOTION FOR VOLUNTARY DISMISSAL BY STIPULATION | **ORDER**<br><br>**GRANTED.** The Court hereby approves Plaintiff's request for voluntary dismissal of her claims against Co-defendant American International Insurance Company. The Court further approves Co-defendants Dr. Roberto Huertas', Dr. Carlos Muñoz Meléndez's, Reliance National Insurance Co.'s, AIICO's, and SIMED's request for voluntary dismissal of any claims Co-defendants may have against American Insurance Company as the insurance company of Hospital Hermanos Meléndez for the facts alleged in the Complaint. Dismissal is granted **WITH PREJUDICE AND WITHOUT IMPOSITION OF COSTS OR ATTORNEYS FEES.** |

DATE: March 25, 2000

　　　　　　　　　　　　　　　　　　　　　DANIEL R. DOMINGUEZ
　　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE

N.\97-2925 vol