UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MAXINE M. LAUSELL ARCHILLA

Plaintiffs

v.                                              CIVIL NO. 97-2925 (DRD)

DR. ROBERTO HUERTAS-NIEVES et al

Defendants

| MOTION | RULING |
|---|---|
| Date Filed: 03/23/00   Docket # 85<br>[X] Plffs         [x] Defts<br>[ ] Other<br><br>Title: MOTION FOR VOLUNTARY DISMISSAL BY STIPULATION | **JUDGMENT**<br><br>The Court having GRANTED on this same date Plaintiff's request for voluntary dismissal of her claims against American International Insurance Company and Co-defendants Dr. Roberto Huertas', Dr. Carlos Muñoz Meléndez's, Reliance National Insurance Co.'s, AIICO's, and SIMED's request for voluntary dismissal of any claims Co-defendants may have against American Insurance Company as the insurance company of Hospital Hermanos Meléndez for the facts alleged in the Complaint, judgment is hereby entered **dismissing** this action against American International Insurance Company **with prejudice and without imposition of costs or attorneys fees.** |

DATE: March 29, 2000

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

Rec'd:              EOD:

By:              # 88

N \97-2925 VOL

7