IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MAXINNE M. LAUSELL ARCHILLA

Plaintiff

vs

DR. ROBERTO HUERTAS NIEVES

Defendant

Civil No. 97-2925 (DRD)

*RECEIVED AND FILED / 00 APR -7 PM 1:22 / CLERK'S OFFICE / U.S. DISTRICT COURT / SAN JUAN, P.R.*

| MOTION | ORDER |
|---|---|

MOTION FOR EXTENSION OF TIME TO ANSWER
THE COMPLAINT.   Dkt #89 filed by Hosp. Hnos Melendez

(X) GRANTED until 4/30/00

( ) DENIED

( ) MOOT

Date:  4/7/00

FRANCES RIOS DE MORAN
Clerk of the Court

*Nancy Perez (signature)*

By:   Nancy Pérez
       Deputy Clerk

7

90