# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) Russell-Archilla

vs.                                    CIVIL NO. 97-2925 (DRD)

Defendant(s) Dr. Roberto Huertas Nieves

---

## DESCRIPTION OF MOTION

| DATE FILED: 4/25/2000 DOCKET: 91 | TITLE: Informative motion and request for the celebration of a status conference |
|---|---|
| [X] Plffs.    [] Defts. | |

## ORDER

This case is scheduled as above stated for July 19, 2000, at 4:00 P.M.

- [X] Status/Scheduling Conference
- [ ] Pre-trial
- [ ] Settlement Conference
- [ ] Trial
- [ ] Hearing on Motions
- [ ] Oral Argument
- [ ] Evidentiary Hearing
- [ ] Suppression Hearing
- [ ] De Novo Hearing
- [ ] Show Cause Hearing
- [ ] Injunction Hearing
- [ ] Foster Hearing
- [ ] Other:

_June 1, 2000_
DATE

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE