UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
BEFORE HONORABLE DANIEL R. DOMINGUEZ

**MINUTES OF PROCEEDINGS**          DATE: July 19, 2000

**CIVIL NO. 97-2925 (DRD)**
LAW CLERK: Karen A. Rivera-Turner

========================================================================

| | | |
|---|---|---|
| LAUSELL ARCHILLA<br>    Plaintiff | Attorneys: | Andrés Guillermard |
| v.<br>HUERTAS NIEVES et al<br>    Defendants | | Igor Domínguez; Sigrid López;<br>Jennifer Hernández Vega; Francisco<br>Colón Ramírez; José González<br>Villamil; Roberto Ruiz Comas;<br>Héctor Ramírez |

========================================================================

STATUS/SCHEDULING CONFERENCE was held today. The parties informed that settlement has not been reached and that settlement is unlikely to be reached before the taking of Mesrovian's deposition. The Court explores each parties' positions and agrees that settlement discussions are premature at this stage.

Depositions have been scheduled starting on September 8, 2000, through October 31, 2000. Any remaining depositions will be scheduled on September 8, 2000.

Plaintiff informs that Hospital Hermanos Meléndez has yet to deliver its expert's preliminary report. The Court Orders said report to be delivered ten (10) days before the taking of Dr. Huertas' deposition. No extension will be granted and failure to comply may result in the Hospital's expert being eliminated.

Cut off for discovery is December 15, 2000.

Cut off for filing dispositive motions is January 12, 2001, and for oppositions January 22, 2001. Replies and surreplies are not authorized and will be automatically stricken from the record.

7

Absolutely no extensions of time will be granted on these terms.

Pretrial is scheduled for February 23, 2001, at 4:30 p.m.

Jury Trial is scheduled to begin on March 5, 2001, and is anticipated to last five (5) days. Notwithstanding, all attorneys must block ten (10) days for this trial for the eventuality that more days are needed.

Jury Clerk
s/c: Counsel of record

LAW CLERK

N:\MINUTES\97-2925B MEM