UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) Maxinne M. Lausell-Archilla   CIVIL NO. 97-2925 (DRD)

v.

Defendant(s) Dr. Roberto Huertas-Nieves et al

| MOTION | ORDER |
|---|---|
| Docket entry no. 94 | ☒ GRANTED. |
| Date: Jul / 30 / 2000 | ☐ DENIED. |
| Title: Extension to answer interrogatories | ☐ MOOT. |
|  | ☐ NOTED. |

There is no need to file a Motion if the portion extension local R. 311. and an agreement is reached.

*RECEIVED AND FILED 00 JUL 31 PM 2:24 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, PR*

IT IS SO ORDERED.

Date: July / 26 / 2000

*(signature)*
DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE