UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MAXINNE LAUSELL ARCHILLA

v.                                                             Civ. No. 97-2925(DRD)

ROBERTO HUERTAS NIEVES

### ORDER

By order of the Court a **SETTLEMENT CONFERENCE** is to be held at the end of the PRETRIAL CONFERENCE set for **February 23, 2001 at 4:30 p.m.** If a settlement is not reached, the parties must be ready for trial. Trial is set to commence on **March 15, 2001**.

IT IS SO ORDERED.

January 25, 2001                                      DANIEL R. DOMINGUEZ
                                                                   U.S. District Judge