UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MAXINNE M. LAUSELL-ARCHILLA

v.                                                                     CASE NUMBER: 97-2925(DRD)

DR. ROBERTO HUERTAS, et al.

## ORDER

| MOTION | RULING |
|---|---|
| **Filed:** March 30, 2001<br>[X] **Plffs**      [X] **Defts**<br>[ ] **Other**<br><br>**Title:** STIPULATION FOR DISMISSAL PURSUANT TO PRIVATE SETTLEMENT | **APPROVED.** The Court hereby, approves the parties' private settlement agreement. Therefore, pursuant to the stipulation and Fed.R.Civ.P. 41(a)(1) the Court hereby **dismisses** all claims against the defendants **with prejudice** and without the imposition of costs expenses or attorney's fees.<br>   The Court retains jurisdiction for compliance with the substantive terms of the settlement agreement. Judgement shall be entered accordingly.<br>           IT IS SO ORDERED. |

Date: March 30, 2001.

DANIEL R. DOMINGUEZ
U.S. District Judge