UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MAXINNE M. LAUSELL-ARCHILLA

v.                                                          CASE NUMBER: 97-2925(DRD)

DR. ROBERTO HUERTAS, et al.

## JUDGMENT

| MOTION | RULING |
|---|---|
| **Filed:** March 30, 2001<br>[X] **Plffs**  [X] **Defts**<br>[ ] **Other**<br><br>**Title:** STIPULATION FOR DISMISSAL PURSUANT TO PRIVATE SETTLEMENT | Pursuant to the Order issued by the Court on this same date, the Court hereby **dismisses** all claims against the defendants **with prejudice** and without the imposition of costs expenses or attorney's fees.<br>The Court retains jurisdiction for compliance with the substantive terms of the settlement agreement.<br>IT IS SO ADJUDGED AND DECREED. |

Date: March 30, 2001.

DANIEL R. DOMINGUEZ
U.S. District Judge

Rec'd:            EOD:

By: ___  #106