# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) _Marianne Lausell-Archilla_    CIVIL NO. _97-2925_ (DRD)

v.

Defendant(s) _Dr. Roberto Huertas Nieves, et al._

| MOTION | ORDER |
|---|---|
| Docket entry no. _107_ | ☑ GRANTED. |
| Date: _May / 16 / 2001_ | ☐ DENIED. |
| Title: _Motion for Enforcement of Agreement_ | ☐ MOOT. |
|  | ☐ NOTED. |
| Defendant Reliance Insurance Company is ordered to show cause why it has failed to comply with the terms of the Settlement agreement in the above captioned case by June 1, 2001 or face potential sanctions (interest payments and lawyer's fees). | This order is to be notified via fax and phone to counsel. |

RECEIVED AND FILED
01 MAY 29 AM 9:31
CLERK'S OFFICE
SAN JUAN, PR

IT IS SO ORDERED.

Date: _May / 25 / 2001_

_[signature]_
DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE